UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACIE EASON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:20-CV-05738-RAJ<br><br>~~PROPOSED~~ ORDER AMENDING SCHEDULING ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows: Defendant shall have up to and including January 5, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. The certified administrative record shall be filed within ten days of its availability to the Office of the General Counsel, if it can be filed earlier than the aforementioned date.  If the Commissioner is unable to file the certified administrative record by that date, the

Page 1    ~~PROPOSED~~ ORDER - [3:20-CV-05738-RAJ]

Commissioner shall file another motion for extension ~~or status report,~~ every 30 days until the certified administrative record becomes available.

DATED this 1st day of December, 2020.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

Page 2      ~~PROPOSED~~ ORDER - [3:20-CV-05738-RAJ]